**Nancy KEITH, n.k.a. Nancy Kinder, Appellant,**

v.

**Don KEITH, Respondent.**

**No. 49042.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 3, 1985.

Motion for Rehearing and/or Transfer Denied Jan. 7, 1986.

Application to Transfer Denied Feb. 18, 1986.

Henry W. Cummings, St. Charles, for appellant.

Donald C. Tiemeyer, St. Charles, for respondent.

**ORDER**

**PER CURIAM:**

The judgment of the trial court is affirmed. Rule 84.16(b) Respondent's motion to dismiss appeal denied.